Name       John Doe

Street Address    29658 State Hwy 49

City and County   North San Juan, 95960

State and Zip Code   California

Telephone Number   279-789-4988



FILED

JUL 25 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

John Doe

_____

_____

_____

*(Write the full name of each plaintiff who is filing*
*this complaint. If the names of all the plaintiffs*
*cannot fit in the space above, please write "see*
*attached" in the space and attach an additional*
*page with the full list of names.)*

    **-against-**

Donald J. Trump

_____

_____

_____

*(Write the full name of each defendant who is*
*being sued. If the names of all the defendants*
*cannot fit in the space above, please write "see*
*attached" in the space and attach an additional*
*page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 2:25-CV-2086-TLN-JDP

*(to be filled in by the Clerk's Office)* (PS)

Jury Trial: ☐ Yes  ☒ No

*(check one)*

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | John Doe |
| Street Address | 29658 State Hwy 49 |
| City and County | North San Juan / Nevada County |
| State and Zip Code | California 95960 |
| Telephone Number | 279-789-4988 |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Donald J. Trump |
| Job or Title (if known) | President of the United States |
| Street Address | 1600 Pennsylvania Ave NW |
| City and County | Washington D. C. |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

2

Defendant No. 3

    Name                      _____

    Job or Title
    (if known)             _____

    Street Address        _____

    City and County       _____

    State and Zip Code    _____

    Telephone Number     _____

Defendant No. 4

    Name                      _____

    Job or Title
    (if known)             _____

    Street Address        _____

    *City and County*       _____

    State and Zip Code    _____

    Telephone Number     _____

## II.    Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

    ☒ Federal question               ☐ Diversity of citizenship

3

Fill out the paragraphs in this section that apply to this case.

A.    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

22nd Amendment

B.    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* John Doe , is a citizen of the State of *(name)* California .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    *If the defendant is an individual*

The defendant, *(name)* Donald J. Trump , is a citizen of the State of *(name)* Washington D.C. . *Or* is a citizen of *(foreign nation)* _____.

4

    b.     If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or is* incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

    $0

_____

_____

_____

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    Donald Trump is ineligible to be President because he is

    violating the 22nd Amendment of the Constitution

    because he was elected 3 times

_____

_____

**IV.     Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Remove Donald Trump from the Presidency

**V.     Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: July 25 , 20 25 .

Signature of Plaintiff _____

Printed Name of Plaintiff _____ John Doe _____

6



*Virtuous philosophy is the sword of a*
**True Patriot**

*Guileful assertions are the*
**malediction of Traitors**

# "We won two elections, believe it or not. I think I won the second one by more than I won the first one, I do, right? I won the second one by more."

–Words spoken by Donald Trump during a rally in Valdosta, GA on December 5, 2020, **WHILE STILL THE OFFICIAL PRESIDENT OF THE UNITED STATES**, and nearly four years before the 2024 election

## "TRUTH IS NOT DEMOCRACY"

*– Donald Trump's Director of the National Economic Council of the United States Kevin Hasset, said on Face the Nation July 6, 2025*

## "The Trump Administration is committed to truth and to transparency"

*– Caroline Leavitt, Donald Trump's Press Secretary, July 7, 2025*

## "I Won the Election!"

*– Donald Trump's Tweet on Twitter, November 16, 2020, in reference to the 2020 Presidential election*

## "TRUMP WAS RIGHT ABOUT EVERYTHING!"

*– A slogan of Donald Trump*

## " I mean the law is the law and we are upholding the law and uh the President (Donald Trump) is very clear that he doesn't believe that the law should apply to some people and not to others and that there should be consequences for some people and not for others.

*--Kristi Noem, Secretary of the Department of Homeland Security in President Trump's cabinet, speaking on Newsnation, July 16, 2025*

Your Honor, recently at a rally in Iowa on July 3rd, 2025, shortly after the vote in Congress on the "Big Beautiful Bill" Donald Trump shared some related thoughts about his political opposition, the Democrats.

Donald Trump said:

"They wouldn't vote only because they hate Trump, but I hate them, too, you know that? I really do. I hate them. I cannot stand them, because I really believe they hate our country, you want to know the truth."

Now you might say Trump was just speaking about the individuals themselves in Congress, but it should be remembered that people who serve in Congress are called *representatives*, and in fact they are supposed to *represent* the constituency they serve, so to me it was an attack levied against all democrats and because I'm a democrat, to me, personally. So I took it to mean he hates me and I especially took offense to his accusation that I hate my country. Honestly the amount of feelings of anger and rage these words from Donald Trump stirred up in me are difficult to describe without getting overly emotional myself. I absolutely love my country. I am proud, for the most part, of the greatness this country has risen to and the goodwill the United States has in many ways and times shown to other parts of the world. Obviously the United States is not perfect and has had many dark episodes in a checkered past, but still I take great pride in being an American. I will not and cannot remain silent against such a blatant attack on my pride of country and personal integrity.

• How can a man who has taken the role of President of the United States, whose job it is to protect the Constitution and by extension the citizenry of the United States proclaim, by association, that he hates roughly half of its citizens? Is not a man that hates such a large percentage of the country he leads not a domestic enemy? Is he not an enemy from within? I refuse to be led by an individual who publicly proclaims his hatred of me. And why does he hate me and my fellow democrats? Not because we are bad people, but because we shine a light on his corruption, and because we try to hold him accountable for his flagrant violations of the law. It would be unethical to not cut ties with such an individual, to not move to try to disconnect from such a persistent abuser.

Therefore I submit this lawsuit for your Honor's review, so that you will hopefully find it within yourself and the Judiciary you represent to finally find the courage to protect me and the population from this man's hate and

vengeance and help me and the nation's population escape from this man's evil wrath.

Your honor I am not a lawyer or educated in the law, I am not wealthy or have influential connections within the United States Government. What I am is an average citizen of the United States, a member of this great country, and by that extension I believe I should be given the time and opportunity to be heard by the government that should operate to represent and serve the people of it. That being said I present before you a choice, and an opportunity. An opportunity to finally hold a con-man to account for his misdeeds, an opportunity to hold a charlatan to some consequence for his vile conduct and shameless assault on our rule of law and the fabric of our society. This is an opportunity to use Donald Trump's own statements against himself and hold him accountable for it, to make him own up to the lawlessness he has unleashed on America.

In a democratic system of government and a civil society the predominant *purpose* of the law is to keep people safe and bring forth the greatest good, health, and prosperity for its citizenry. Obviously it's the Judiciary's role to interpret the law in accordance with that *fundamental purpose*. Any case that is brought before the Judiciary can be decided one way or the other; any decision can be justified with enough word salad or bended and strained interpretation of this legal phrase or that. It is up to individuals like yourself, who are appointed to bring good and right judgment to the cases brought before them, to interpret the law and make a decision that will bring forth the greatest good for the country at large. Interpreting the law, for just the sake of the law or for corrupt or political benefit, would be a bastardization of the role of the Judiciary. Interpretations and opinions made without considering the broader consequences of the decisions made would make the Judiciary a valueless or dangerous entity.

To begin we must ask the fundamental questions: What is truth? Who decides what is true? Does the time at which a statement is made change or alter the truth of a particular idea, especially when looking at historical or political events? If something is pronounced to be absolutely true by a leader and of that leader's massive number of followers of which he has convinced, should not at least that leader face the results and consequences of which that perception of reality causes; especially when that perception of reality is given a powerful sheen of veracity by the sheer weight of the Office of the Presidency and the massive collective of souls also adhering to that reality? What happens when the President of the United States, in which we are supposed to give so

much confidence and trust, makes a statement that results in contravening and violating the plain text of the United States Constitution?

Suppose an individual believed it to be true that cyanide was a cure for pain and after preparing a mix of cyanide and orange juice, gave a group of suffering people each a large cup to drink, resulting in their death; would the individual not face the consequences of a long prison sentence or at least a lifetime stay in a mental institution, even though that individual sincerely believed and considered true that the cyanide and orange juice was a benevolent medicine? Would not this morbid act and the lethal consequences be enough to remove this individual to a place where *his perceived truths* could no longer harm those in the community? Would it not be completely irresponsible and inhumane *not* to do so?

In the case with Donald Trump, is it not the height of irresponsibility to not remove this individual from the office of the Presidency, as he continues to push his toxic mix of perceived truths rooted in racism, lack of faith in democracy, and self-aggrandizement onto a naïve and credulous citizenry? In the case with Donald Trump is it not prudent to remove this individual, whose current occupation of the office of United States President violates the law of the United States Constitution ***by his own proclamations, statements and descriptions of the truth that he so hungers to be the maker of?***

Section 1 of the 22nd Amendment of the U.S. Constitution reads as follows: No person shall be ***ELECTED*** to the office of the President ***MORE THAN TWICE***, and no person who has held the office of President, or acted as President, for more than two years of a term to which some other person was elected President shall be elected to the office of the President more than once.

By the clear language of this amendment a person cannot serve as President after already formally being elected twice to the Presidency, even if he or she did not serve or hold office for even one second of one of the terms they were elected to. This amendment does not say no person shall *"hold the office"* or *"serve"* more than twice. No, it specifically uses the word *"elected"*. So why is the word *elected* used in the first words of the sentence before the comma and not *hold office or serve*? Obviously the crafters of this amendment could have used "hold office" as they used that phrase in the part of the sentence after the comma. Why didn't they simply say, "No person shall ***HOLD*** the office of the President more than twice, unless that person had previously held the office of President for *less than* two years of a term to which some other person was elected President? Perhaps the crafters were considering a situation where the

President fell ill for a period or two during his term and had to relinquish his duties to the Vice President while convalescing. Or perhaps they wanted to limit in some way the possibility of a long serving President who ended up getting impeached from running again. Who knows... maybe it was simply an attempt at elegance of language that the final language of the amendment was adopted, but in any case, *it is the language that was crafted and ratified.* And probably without intention it ends up being to our great benefit that that specific language was ratified as written as it provides a beautiful safeguard against the rise of an authoritarian leader like Donald Trump!

To our great relief and hopeful surprise by the way the 22nd Amendment is written it should clearly **prevent** a former President like Donald Trump, who was incumbent during the 2020 election, from daring to make a claim about being the winner after being declared by enough states to be the loser. Whether it be prior to the swearing of his opponent into the Presidential Office, during the term of his opponent, or *most importantly* during the time he is now holding presidential office again, any statement from Donald Trump about being the winner of the 2020 election should automatically disqualify him from holding the Presidential Office now! For in his version of reality he would have to admit to have already been elected twice in the past (which he actually has! see the first quote at the top!), and therefore his version of events becomes the exact unintended consequence that makes him **ineligible** to retain the Presidency now!

Probably without realizing it, the crafters of the 22nd Amendment provide profound protection of democracy with the language chosen. The 22nd Amendment provides a massive check on someone whose thirst for power drives him to do or say anything, especially refusing to concede the election to his opponent, in order to rise back to power!! *(Consider even that the 22nd Amendment was ratified after Franklin D. Roosevelt was elected four times. Its adoption was a purposeful response to the fear that any one individual could gain too much influence and control and thereby retain the Presidency indefinitely. It was language specially used to protect the country from a king like ruler who entrenched themselves too deeply into the government. The whole purpose of the 22nd Amendment was to prevent any one person from gaining too much power for too long. Here we have the opportunity to take full advantage of its authority and allow its fundamental spirit to protect our great democracy and citizenry from an obvious charlatan and wannabe tyrant.)*

To summarize: first, Donald Trump won the 2016 presidential election. Second, he is adamant that he won the 2020 presidential election and yet was

denied taking office. He then used that grievance to fuel and win his campaign in 2024; however, he is ineligible to hold the office of presidency **now** because *by his own admission* he would have been **elected to the presidency three times, a clear violation of the 22nd Amendment.**

**Your Honor, will you respect Donald Trump's position that he won the 2020 election, and thereby concede that by law of the Constitution he must resign the Presidency immediately, or be removed, because he is flagrantly violating the 22nd Amendment?**

Let us look at this more deeply:

First of all what makes something true? I believe a distinction needs to be drawn between science, law, and politics. In science empirical data and unbiased research generally is conducted and based on that data and research a factual conclusion is reached. After peer review and replication of the research is successful, generally a consensus is reached as to what is true and what is false. In the practice of law, evidence and precedent is needed to prove one conjecture or the other. But in politics, truth is mostly based on the overall ***feelings*** of a population. People by and large vote based upon the feelings they have about politicians and political ideologies and they vote for the candidates they feel will bring about the best world they desire to live in.

Donald Trump has persistently proclaimed the following version of an event, a version of reality that in his mind is absolutely true. This version of an event has so ingrained itself into the political movement that surrounds him, that at least for a fairly large portion of our population it is unequivocally correct, true and without doubt. This is the truth that pervades the legacy of Donald Trump *and his political movement:*

**DONALD TRUMP WON THE 2020 ELECTION**

It is important to note that Donald Trump specifically says he WON the 2020 election. He has also claimed in various ways that the election was "rigged" against him or that there was "fraud" of some kind in the election. However, rather than saying something like, "Had the election not been rigged I would *have won*" or, "Had there not been fraud I would *have won*" he instead is

adamant that HE DID WIN, and many, many times specifically stated that HE DID WIN. The specific language used is very important to this case, because it represents a difference between an argument of malfeasance in the election and a factual declaration of the result of the election. Because Donald Trump emphatically pronounces that HE DID WIN, he therefore must take account for the repercussions and ramifications of that pronouncement. In this case that pronouncement of which he proclaims as fact is in direct conflict with his ability to hold Presidential office as described by the 22nd Amendment. Therefore he must be removed from his position and duties **immediately**. It is also a violation of his Presidential oath; because if he won in 2020 like he says he did, he cannot hold the Presidency without violating the Constitution by which he swore an oath to defend. What's the point of swearing the oath if nobody can or will hold the President accountable when he breaks that oath?

Consider also how much weight and trust the words of a President hold. Remember the whole debacle when Richard Nixon off-handedly claimed Charles Manson was guilty before his trial? Nixon's words immediately set off a fire storm and he later issued a statement clarifying that he intended to use the word "alleged" when discussing Manson's involvement in the murders. Without that statement perhaps the Judge would have had to dismiss the case, knowing the public's inclination **to take a President's words as true**, thereby tainting the jury pool. Manson tried to use Nixon's statements to get his case dismissed because we all know how influential a President's words are and how much the public takes deference to a President's word as truth. In any case this episode illustrates how consequential a President's word is due to the trust the population gives to the Office of the President.

*(It must be kept in mind that Donald Trump in his official capacity as President speaks not only for himself but as the voice of the United States Government as a whole. His words should be taken as the official position of the Government of the United States as this is the trust his office is charged with. The words of the President generally represent the position of the Government. However, it is my opinion, the position of the Government cannot undermine the document (in this case the United States Constitution) that provides for its existence. **Therefore any President that undermines the basic fabric of the governmental structure designed by its founding documents needs to be immediately***

***removed or it will lead to the unraveling of the entire structure of society as we know it.)***

The following is only a sampling of times that Donald Trump has declared, either in a vocal speech, or a written statement on the social media platforms Twitter or Truth, that he won the 2020 election:

---------------

On the night of the 2020 election, November 4, 2020 Donald Trump asserted in a speech:

"This is a fraud on the American public; we were getting ready to win this election. Frankly, we ***DID WIN*** this election,"

-------------

On November 7, 2020 as news organizations correctly projected that Biden had defeated him, Trump tweeted the opposite, **"I WON THIS ELECTION BY A LOT!"**

-------------

On Twitter on November 16, 2020, Trump Tweeted ***"I Won the Election***!"

---------

Donald Trump told supporters at a rally in Saginaw, Michigan on October 3rd, 2024 that he won the 2020 election:

"You know last time, last election — we did great in 2016. A lot of people don't know, we did much better in 2020,"

***"We won. We won,"*** he added.

"It was a rigged election," the Republican nominee went on. ***"If I thought I lost, I wouldn't be doing this again***."

----------

On Sunday December 4, 2022, Donald Trump wrote on Truth Social, "Do you throw the Presidential Election Results of 2020 OUT and declare the

**RIGHTFUL WINNER**, or do you have a NEW ELECTION? A Massive Fraud of this type and magnitude allows for the **termination** of all rules, regulations, and articles, even those found in the Constitution,"

------------

During a rally in Valdosta, GA on December 5, 2020, ahead of the Georgia Senate runoff election, Donald Trump stated that he won the presidential election, specifically claiming victories in Georgia and Wisconsin, swing states that were critical to an Electoral College win.

Donald Trump said, "And the beauty is that we also **won** Georgia, and that was good...

Donald Trump said: "They said Wisconsin. A poll came out. Washington Post, ABC, just before the election, I'm going to lose Wisconsin by 17 points. I said, "No, I'm going to win Wisconsin." **Well, actually I won Wisconsin**. They're trying to say he's a little down. **But I actually won**. But that's called suppression. That's called a suppression poll. That's a poll that's so devastating, when I asked one of the pollsters, I said, "Why did they go so far? *Why don't they just say four or five?*" "*Because in four years they're going to* lose all respect. They don't care. They'll do anything to win. They'll do anything to beat you. They don't care." These people are sick. Seventeen points. **And we actually won. Remember so many of the States? I won every one of them. Every one of these States. And by the way, the swing States that we're all fighting over now, I won them all by a lot. I won them *all by a lot*. ...**

**We won two elections, believe it or not. I think I won the second one by more than I won the first one, I do, right? I won the second one by more.**"

**Here he flat out proclaims he won TWICE in 2016 and 2020! Here is where his own obstinacy runs face first into his own ignorance of the Constitution that he had and has sworn to defend! By making this statement it should absolutely make him ineligible to be President because of the 22nd Amendment. Are we going to let this stand and let the United States just devolve into a mockery of law where the most blatant violations of the Constitution are allowed to**

**continue? This is ridiculous, let us stand up and do something about this! Are we just a country of weaklings too afraid to stand up for ourselves anymore?**

But let us continue:

-----------

Even after once being caught saying that he lost the 2020 election "by a whisker" he quickly walked that statement back:

Saying at a Tuesday debate, September 10, 2024, Donald Trump refused to acknowledge that he lost the 2020 election and that he was only being sarcastic when he recently said he had lost "by a whisker."

"Are you now acknowledging that you lost in 2020?" ABC News anchor David Muir asked.

"No," Trump responded. "I said that *sarcastically*."

Trump went on to repeat claims that there was "so much proof" that he had won the election. And he dodged when asked whether he had any regrets about his actions on Jan. 6, 2021.

Please note that it is very important here to recognize that Trump says he *sarcastically* said once that he "lost the 2020 election". One of Donald Trump's favorite tactics to use when he tries to refute statements from the past is to say that the statements were made sarcastically. For instance although he promised to end the Ukraine war within 24 hours of his 2024 election to the Presidency, he later said that that proclamation was made "sarcastically". So if Trump already said that his comment that he lost the election was made sarcastically, he cannot bring an argument that his proclamations that he won the election were also made sarcastically.

Further Trump may argue that his speech was said in public and not under oath, so it can't be used against him. But can we seriously hold to that argument? Suppose a bank robber was brought before the court and the robber said, "When I went in the bank and said, 'Put your hands up and hand over the money' I was saying that sarcastically and not under oath... it's ridiculous to imagine anyone taking me seriously about that, I mean come on, that's crazy for anybody to do that, the bank teller just handed me the money,

I wasn't really expecting her to do so, it was all said in jest." Any defendant that said that would be laughed out of court right?

And please allow Donald Trump to come into your court with all "the proof" that he won the 2020 election. It will just add more justification that he is ineligible to be President now.

---------------

Trump has repeatedly proclaimed that he won the 2020 election, and on top of that, he fervently states and even sometimes wears a hat that says, "TRUMP WAS RIGHT ABOUT EVERYTHING!" which reinforces the reality he lives in that he won the 2020 election. Basically he really, really, really believes he won the 2020 election and he wants everyone to know and believe that too, because **it must be the truth**, right?



Now considering that in politics truth is based mostly on the feelings and will of the people, it would reason that the position a candidate holds should be considered to some degree to be real and true, especially if that candidate was elected and trusted by the largest percentage of the citizenry. Considering that Donald Trump won the 2024 election it would stand to reason that his most fundamental and core position of being the rightful, elected winner of the 2020 election should have a least some if not a substantial amount of truth to it. For this proclamation provided a large part of the fuel and substance that led a majority of the people to vote for Donald Trump in 2024.

Many have called Donald Trump's proclamation that he won the 2020 election "The Big Lie". But I believe "The Big Lie" became "The Big Truth" when Donald Trump won the 2024 election because more people believed in and voted for Donald Trump than any other candidate that took a different

position on the subject. **The validity of this statement was in a sense given to the voters to decide and they decided that "The Big Lie" was no lie at all, and Donald Trump was telling the truth about the 2020 election**.

Now let us look specifically at a couple examples of the words of Donald Trump spoken or written after winning the 2024 election:

------

On Tuesday April, 29, 2025 at a rally in Michigan Donald Trump was musing about how, by serving a second term, he has fulfilled one of the criteria he claimed the media uses to judge whether a president was "great." After some of his supporters in the crowd began urging him to somehow serve a third term, though the 22nd Amendment to the Constitution says nobody can be elected president more than twice, he said, "Well we actually already served three, but – if you count – but remember – I like the victories; **I like the three victories, which we absolutely had** – I just don't like the results of the middle term."

------

Donald Trump believes so strongly he WON the 2020 election that on his social media platform called TRUTH SOCIAL on Friday June 20, 2025 he called for a special prosecutor to be appointed to investigate the 2020 presidential election repeating his unsubstantiated, broken-record claims that the contest was stolen from him.

"Biden was grossly incompetent, and the 2020 election was a total FRAUD!" he posted on his Truth Social account. "A Special Prosecutor must be appointed. This cannot be allowed to happen again in the United States of America! Let the work begin!"

Zero Border crossings for the month for TRUMP, versus 60,000 for Sleepy, Crooked Joe Biden, a man who **lost** the 2020 Presidential Election by a "LANDSLIDE!" Biden was grossly incompetent, and the 2020 election was a total FRAUD! The evidence is MASSIVE and OVERWHELMING

------

On July 17, 2025 Donald Trump posted on Truth Social a long response to the Wall Street Journal story about the Jeffrey Epstein birthday book and at the

end he wrote: "...It certainly would not have sat in a file waiting for "TRUMP" **to have won three Elections**"

So there you have it, from the horse's mouth, a clear as day admission from Donald Trump himself, The President of the United States, that he was elected three times! What more evidence do you need that this man does not give a damn about the Constitution and is clearly violating the 22nd Amendment! This should require immediate removal of Donald Trump from the presidency. How can it be that we should continue to protect Donald Trump more so than the Constitution itself, of which he continues to mock and show complete indifference to? This is just an embarrassment to our great United States and an indignity to our founding principles, founding fathers, the men and women who died defending our great Nation and our image on the world stage. Donald Trump is nothing but a shame on the legacy of the United States. For the love of God, your honor, rule that this man is ineligible to be President and remove this disgrace and traitor from our government!

In our democracy people are allowed to vote on candidates and the policies they promote. But above all this is the Constitution of the United States which is the founding document that provides the framework and sets the rules for how our democracy operates. It reigns supreme above any political policy or any candidate's own will. Therefore if a situation arises where a candidate's political position or the candidate's eligibility is in direct violation of the Constitution, that candidate must be removed because the **Constitution Reigns Supreme and Must be Protected at All Cost!**

Donald Trump absolutely wants to be the God-King who decides what is true and what is not. For Donald Trump, truth is whatever version of events or statements advantage him. Take the statement proclaimed by his personally appointed advisor who said, *"Truth is Not Democracy."* If truth (of which one type in the secular sense is THE LAWS OF GOVERNMENT AND SOCIETY WRITTEN BY MAN) is not determined by a democratic system, then obviously to Donald Trump, *truth* is what *he* proclaims it to be. Or take for example his argument that birthright citizenship was construed only for babies born to slaves. If the reality he wants to be true negatively affects the lives of others in one case, should he not face the consequences when the reality he wants to be true in another case negatively impacts him? So what I ask is that if Donald Trump is so convinced he won the 2020 election, make him own up to it, make him face the consequences of the version of reality that he believes and wants all people to believe. The freedoms of the 1st Amendment should not allow one to avoid facing the consequences of violating, or give protection from, the 22nd Amendment; that is an

unsustainable paradox. Was the 1st Amendment constructed so an individual or politician can make any statement they want with impunity? Is that what our great Constitution has been reduced to? Has it been completely perverted into a document that's only purpose is just to shield and protect a powerful and corrupt Pseudo-President so he can break the law with complete immunity?

**One part of The U.S. Constitution cannot be used as a shield to protect one from violating another part of the Constitution.** Since Donald Trump believes he won the 2020 election than say, "Ok Donald Trump, if you won the 2020 election like you say you did, sorry you can't be President anymore, you are ineligible to be President because the 22nd amendment forbids you from being elected more than twice."

I implore your honor to strip Donald Trump of the Presidency for violation of the 22nd Amendment, based on the truth that is held by Donald Trump. If his truth is the world he wants everyone to live in and make real, oblige him, and then punish him for the reality he wishes to impose upon everyone.

I ask that you move speedily with this case and don't fall into Donald Trump's strategy of dragging this out for weeks or months. Will you find it within yourself to stand up and follow the words of the document that rules our country, or give Donald Trump another pass? Will you, as a part of the judiciary, continue to bend over backwards to protect Donald Trump and make a mockery of the judicial system? This is your opportunity to save the United States from this tyrant. The destruction of the United States will only get worse unless you act swiftly and strongly now. There may be few opportunities left. Will you defend the Constitution and the United States? Will you live up to your oath to defend the U.S. Constitution from domestic enemies or will you cower in fear and weakness? Will you protect the United States, or the wannabe tyrant Donald Trump?

Your honor, I'm one individual, but one individual who believes in America, who believes in democracy, believes in righteousness, and wants safety, freedom, health, and goodness for the people of the United States. Donald Trump on the other hand, wants to take only for himself. He is a fraud that will burn this country down to serve himself. I implore you to look deep into your soul and find the courage to protect the Constitution and the Citizenry of the United States. I ask you to choose righteousness and goodwill over vindictiveness, cruelty and suffering... someone, at sometime will have to *eventually stand up to Donald Trump, will it be you? Godspeed.*