**FILED**

AUG 11 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

John Doe

Plaintiff,

v.

Donald Trump

Defendant.

No. 2:25-CV-2086 - TLN-JDP (PS)

My Objection to #4

"We are going to be appointing some judges and you know we have some open spots, *and we're gonna take people*, because the judges are letting killers out, they're just saying go, that's ok don't worry about it…

--- Donald Trump, August 11, 2025

Words spoken after Donald Trump incited a riot at the US Capital Jan. 6, 2021, which led to the death of Police officers including Brian Sicknick, and one of Donald Trump's supporters, Ashli Babbitt.

My response to Judge Jeremy D. Peterson:

# Response that I cannot proceed under a pseudonym:

Judge Peterson says that I do not provide adequate justification and I fail to describe how I might be harmed if my legal name is publicly disclosed. Honestly I did not think anyone would consider that I would not be threatened if I brought suit against Donald Trump so I didn't bother to go into detail to support my request. But if that is what is necessary I will outline the motivations for my request now.

In the last number of years Donald Trump has raged havoc on dozens of people's lives and it would be naïve to believe that I also would or could be targeted. Below is a number of high profile examples of how Donald Trump's rhetoric has resulted in harassment, death threats, possible attempted assassinations, physical attacks, and actual deaths to a broad spectrum of different people.

## 1. ALVIN BRAGG, Manhattan District Attorney



Alvin Bragg brought the criminal falsifying business records case against Donald Trump. During the proceedings Donald Trump shared on social media on March 23, 2023 the photo above of himself swinging a baseball bat at Alvin

Bragg's head. Due to this and other repeated degradation of Bragg's character by Donald Trump, Alvin Bragg received the following threats:

- **Letters with White Powder:** A letter containing a small amount of white powder and a note stating, "Alvin: I'm going to kill you" was received by Bragg's office.

- **Phone Threats:** A Nevada man was arrested for allegedly threatening to kill Bragg and Judge Juan Merchan, who presided over Trump's trial.

- **Online Threats and Racial Abuse:** The Guardian reported that Bragg received over 100 threatening emails via his campaign website, including death threats and racial slurs.

- **NYPD Threat Assessment and Protection Unit:** A filing from Bragg's team indicated that the NYPD's Threat Assessment & Protection Unit had logged 61 threat cases this year against Bragg or his family and employees, with the majority occurring in the three months prior to the filing.

- **Utah Man Killed by FBI:** In August 2023, FBI agents killed an armed Utah man who was suspected of making threats against Bragg, as well as Attorney General Merrick Garland, New York State Attorney General Letitia James, and President Joe Biden.

**These incidents highlight the concerning level of threats faced by public officials involved in high-profile cases, particularly those linked to Donald Trump's legal proceedings.**

## 2. Shaye Moss and Ruby Freeman, election poll workers in Georgia during the 2020 Presidential Elelection

Shaye Moss and Ruby Freeman received death threats after being falsely accused of election fraud following the 2020 presidential election

Donald Trump repeatedly targeted Ruby Freeman and Wandrea "Shaye" Moss, two Black election workers from Georgia, according to Newsweek.

Following the 2020 presidential election, Trump and his associates, like Rudy Giuliani, falsely accused them of engaging in election fraud and vote tampering.

Specifically, Donald Trump:

- Mentioned Ruby Freeman 18 times in his January 2, 2021 call to Georgia Secretary of State Brad Raffensperger, referring to her as a "vote scammer" and "hustler".

- Publicly referred to Freeman as one of the "monsters" who stole the 2020 election.

- Continued to make false accusations about Freeman on social media as recently as January 2023, according to NBC News.

These false accusations, despite being debunked by Georgia election officials and law enforcement, **led to both women receiving death threats and experiencing significant harassment.** Freeman was forced to flee her home for safety concerns. Moss testified that she faced "racist and graphic material" online and experienced fear and anxiety, making her hesitant to leave her home, according to the BBC.

It's important to note that while Ruby Freeman and Shaye Moss sued Rudy Giuliani for defamation and were awarded nearly $150 million, Trump was not a defendant in that specific lawsuit. However, the court did rule that Giuliani was liable, in part, due to a civil conspiracy related to statements made by Trump and his campaign..

**Reports indicate the threats were numerous and included messages advocating for their hanging.** Moss, who is Black, stated that many of the messages were racist, including threats like "Be glad it's 2020 and not 1920". Freeman, a 62-year-old grandmother, even had to flee her home due to the threats, according to U.S. Senator Amy Klobuchar (.gov).

The two women filed a defamation lawsuit against Rudy Giuliani and One America News Network, alleging the false accusations led to the death threats and that they feared for their lives. Giuliani later satisfied a judgment against him in the defamation case brought by the two former Georgia election workers.

3. **Nancy and Paul Pelosi, husband of Nancy Pelosi, former Speaker of the House of Represenatives**

Over the past several years, Donald Trump has frequently launched personal attacks against Nancy Pelosi, the former Speaker of the House. These attacks often take place on social media platforms like Truth Social or during campaign rallies.

Here are some specific examples:

- Accusations of Corruption and Insider Trading: Trump has repeatedly alleged that Pelosi and her husband profited from insider information in the stock market, citing their success as evidence of wrongdoing. He has called her a "disgusting degenerate" in this context.

- Insults about Appearance and Mental Fitness: Trump has used disparaging language to describe Pelosi, including calling her "crazy Nancy" and suggesting her mental faculties are declining. He has also made comments questioning her appearance.

- Criticism of Impeachment Efforts: Following the impeachment proceedings against him led by Pelosi, Trump has frequently disparaged her role, claiming the impeachments were based on "NO GROUNDS" and gloating about his survival.

- Calling Her an "Animal": At a rally, Trump referred to Pelosi as an "animal" while discussing the attack on her husband.

- "Enemy from Within" Rhetoric: Trump has called Pelosi an "enemy from within," falsely claiming she was responsible for Capitol security and rejecting offers of National Guard assistance on January 6th, 2021.

It's important to note that these are just a few examples, and Trump's criticisms of Pelosi have been frequent and varied over the years.

In the wake of all these attacks by Donald Trump, Paul Pelosi, husband of Nancy Pelosi, **was violently attacked with a hammer** by an intruder who broke into their San Francisco home on October 28, 2022. The attacker, David DePape, was reportedly seeking Nancy Pelosi and shouted "Where's Nancy?". Nancy Pelosi was not home at the time.

**I don't want some mentally disturbed person trying to attack me like this guy:**

David DePape:



**Paul Pelosi was attacked by David DePape and suffered a skull fracture** that required surgery to repair with plates and screws, and also sustained injuries to his right arm and hand. He was hospitalized and has been undergoing a long recovery process since the attack. He has experienced ongoing issues including headaches, dizziness, balance problems, and sensitivity to light and sound.

The attack and its aftermath had a significant impact on Paul Pelosi and his family. He has spoken about the trauma of the event, including fear of sleeping alone in his home, according to his statement to the court.

**Based on numerous news reports and trial testimony, David DePape's political views shifted from left-leaning to embrace right-wing conspiracy theories, including those supporting Donald Trump**

.

Specifically:

- Embraced Conspiracy Theories: DePape believed in various baseless right-wing conspiracy theories..

- Criticized Democrats and Defended Trump: In recordings and online posts, DePape expressed anger at Nancy Pelosi and other Democrats, accusing them of crimes and lies against Donald Trump. He also posted links to videos and shared content defending Donald Trump.

### 4. Letitia James, Attorney General of New York

Letitia James brought a civil suit against Donald Trump of which Donald Trump lost. Throughout the trial Donald Trump viciously attacked James which led to her receiving death threats

.

- In June 2023, James, the New York Attorney General, stated that she had received threats amid legal cases involving former President Donald Trump. She also expressed concern about possible "lone wolf" attacks related to the polarized political climate.

- In April 2024, a New York man, Tyler Vogel, was charged with sending death threats to both Letitia James and Judge Arthur Engoron, who was presiding over the Trump civil fraud case. Vogel used an online background website to obtain their personal information and sent threats of "death and physical harm" if James did not "cease action" in the Trump case. Vogel faces multiple felony and misdemeanor charges.

- In February 2025, a man from Western New York texted James, stating, "I will kill you if you even dare to permanently steal Donald Trumps assets," and subsequently pleaded guilty to sending death threats.

- In July 2025, a man who threatened to kill Letitia James and a judge in the Trump case received a relatively light sentence after pleading guilty.

## 5. Police Officers who died during January 6th

After months of stocking rage and anger by Donald Trump in the aftermath of the 2020 election, supporters of Donald Trump stormed the United States capital and violently beat police officers.

In total, five police officers who responded to the January 6th attack on the US Capitol **died in the aftermath**, though none died on January 6th itself

.

- Officer Brian Sicknick (US Capitol Police) died on January 7, 2021, the day after the attack, after suffering two strokes. While the medical examiner ruled his death as natural causes, they also stated that "all that transpired played a role in his condition," and the USCP continues to consider his death in the line of duty.

- Officer Howard Liebengood (US Capitol Police) died by suicide on January 9, 2021. He had been on duty during the attack and worked three long shifts afterward.

- Officer Jeffrey Smith (DC Metropolitan Police) died by suicide nine days after the attack. The District of Columbia Police and Firefighters' Retirement and Relief Board determined that the line-of-duty injury he sustained during the riot was the "sole and direct cause of his death".

- Officer Gunther Hashida (DC Metropolitan Police) died by suicide on July 29, 2021. He had responded to the attack and was an 18-year veteran of the force.

- Officer Kyle DeFreytag (DC Metropolitan Police) died by suicide on July 10, 2021. He was among the officers who responded to the January 6th attack.

**The deaths of Officers Liebengood, Smith, Hashida, and DeFreytag by suicide were a tragic consequence of the attack and the stress it placed on the officers involved**

## 6. Miles Taylor, American author, commentator, and former government official who served in the administrations of George W. Bush and Donald Trump and who spoke out against Donald Trump in his first administration

Here's a breakdown of what's been happening with Miles Taylor:

- Executive Order & Accusations: On April 9, 2025, President Trump issued an executive order targeting Miles Taylor. Trump accused Taylor of abandoning his oath by disclosing sensitive information and even suggested he was guilty of treason.

- Revocation of Security Clearances: The executive order mandates the immediate suspension of any active security clearance held by Taylor and individuals or entities associated with him, including the University of Pennsylvania.

- Investigation and Review: The order also directs federal agencies to investigate Taylor's activities during his time in government, scrutinizing for any potential misconduct or unauthorized dissemination of classified information.

- Taylor's Response & Legal Action: Taylor vehemently denies any wrongdoing, asserting that he has always upheld his national security obligations and that the executive order is a politically motivated attack on free speech and personal criticism. He and his legal team are fighting back against the order, considering further legal action based on its outcome.

- Threats and Security Concerns: Miles Taylor and his family have faced threats, doxing, and have been advised to take security precautions, including updating their will and appointing a guardian for their daughter. Taylor was previously relocated to a safe house under armed guard after coming forward against the president.

**Your honor I hope this provides enough examples to show that I have legitimate concern about my wellbeing and safety if my name were to be made public.**

## Response that I cannot be granted a Temporary Restraining Order:

Keeping my name anonymous is sufficient at this time. If trying to get a restraining order further delays or complicates proceeding with this case I will drop the effort.

### MERITS OF THE CASE:

I'm sorry your Honor, but you have misconstrued the argument of my case. My argument is not so much that it is my allegation, but that it is PRESIDENT DONALD TRUMP HIMSELF WHO ALLEGES HE WON THE 2020 ELECTION. I am only reiterating his position. Donald Trump as President speaks for the government, his words and actions are "OFFICIAL ACTS." If President Trump says he was elected in 2020 than he is speaking for the OFFICIAL POSITION of the government on this issue. If it is the OFFICIAL POSITION of the government that Donald Trump won the 2020

election than he is ineligible to be President now because he would have been elected 3 times, a clear violation of the 22nd Amendment.

It's surprising to me to hear you say so matter-of-factly that "In 2020, Joe Biden was elected President." Why should anyone believe you? Who are you? Why should anyone believe you rather than the President of the United States himself, Donald Trump, who says he won the 2020 election? Do you think your position on the subject should have more weight and validity than the President of the United States?

Aug 11, 2025

John Doe