FILED

SEP 05 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

John Doe,

Plaintiff,

v.

Donald Trump,

Defendant.

No. 2:25-CV-2086-TLN-JDP

1

- Motion for reconsideration

- motion to proceed under pseudonym

*...and if or when our Constitutional Democracy falls it will not be because of how strong the tyrant is, it will be due to the weakness of all those who had the power to resist him.*

To Your Honor Troy Nunley,

This is an objection and a humble request again that I may continue my case under a pseudonym. Donald Trump is a man to be treated with caution. It would be wise to act with preventive measures against this dangerous person rather than try to deal with the consequences of his possible future misguided attacks. Like a virus, one should choose the easy road of vaccination before the infection, rather than dealing with days, months or years of slow or never complete recovery. Simply allowing me to proceed with my case with a pseudonym is in my mind is a small request that could prevent untold suffering on my part and adds no burden at all to the defendant.

Donald Trump's actions both in far and recent past show his tendencies for revenge, retribution, and attack of his opponents. Many of these instances were outlined in my last objection. I'm curious and hate to make assumptions, but did you read the pages submitted in my last objection? I ask because your last order only addressed the Restraining Order, but my objection was primarily about proceeding under a pseudonym, yet no reference was made about that in the order. So I am unclear about where that issue stands and want to reiterate my request. Could you please let me know in your next order if you are reading the papers I am submitting? Thank you.

Just recently, within the last week or so, we see that Donald Trump launched a murderous assault on a fishing vessel with 11 people on board off the coast of Venezuela. These people were killed without arrest and due process or approval from Congress, which from my understanding is an unconstitutional act, right? Surely these people could have been taken by military personnel and given trial and imprisoned if proven guilty rather than just killed. This is not what the civility and example that the United States is supposed to be about. Donald Trump is acting as a lawless tyrant. For me personally it is these types of episodes that make me uneasy about the mental state and impulses toward violence that color the character of Donald Trump. Obviously this makes me want to take whatever precautions I can to protect my own safety while moving forward in my case.

Another recent example of the general disrespect and fear of Donald Trump: at the recent press conference held by the survivors of the Jeffrey Epstein scandal at least one of the survivors talked about how she had fear and was scared of Donald Trump. How did we get to a place where a sexual assault survivor would express fear of the President of the United States, a figure that should hold only our highest feelings of security and confidence of protection? Donald Trump should not be treated just as any other regular person, indeed we should only proceed with caution when challenging this type of individual.

Thank you and I am eager to move forward with the actual case I have filed.

→ Today Donald Trump said the men "Probably" had bags of Fentenal on the boat. He killed them without knowing for

To Your Honor Troy Nunley

Please I am asking to proceed under a pseudonym, and am asking for clarity on this issue. I am OK without having a restraining order.

John Doe