FILED

NOV 21 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

John Doe,
  Plaintiff,

v.

Donald Trump,
  Defendant.

No. 2:25-CV-2086-TLN-JDP (PS)

Motion for reconsideration of pseudonym

1

# Evil beyond belief

...Words written by the child sex predator Jeffrey Epstein in reference to Donald Trump

**"Who has gone this low? I have never seen a President or heard of a President who has done more to encourage political violence. I have asked the Capitol police to give special protection and keep an eye on Slotkin and Kelly as well because you got to worry after the President says these things."**

- --Senate Democrat Leader Chuck Schumer, said on Nov. 20, 2025, in response to Donald Trump posting on Truth Social that a group of Democrat Politicians were participating in "SEDITIOUS BEHAVIOR, punishable by DEATH!" and later Donald Trump "re-Truthed" (reposted) a message from another user that read: "HANG THEM GEORGE WASHINGTON WOULD!!".

To Your Honor Judge Nunley,

I will make one more request that I may proceed under a pseudonym. Honestly I was almost going to just throw in the towel and move forward without any pseudonym but after recent events I have to reconsider. Donald Trump posted on his Truth social account that certain Democrat members of Congress should be **put to death**. After that I realized again and more acutely that Donald Trump is a very dangerous individual, a deranged psychopath in my opinion, and it would be absolutely foolish for me to disclose my identity to this madman.

**Just today, November 21, 2025 Democratic lawmakers have filed a formal police report against Donald Trump after he threatened them, and are now receiving 24/7 security due to hundreds of death threats.**

In your last order you said that I did not address the case law presented by Magistrate Judge Jeremy Peterson. So here I will attempt to make an argument based not solely

on the evidence I provided but upon the law. I will make my case by going over Judge Jeremy's order step by step, I will leave out the parts about the Temporary Restraining Order because I am not requesting that anymore.

The first point of disagreement is that this is not an "unusual case, where there is a need for the cloak of anonymity". How can it not be considered "unusual" for a President of the United States to call for the death of his political opponents? I find that my case is quite unusual because there has never been a President of the United States that I am genuinely afraid would turn his vengeance against me personally if he determined that I was a threat to his ability to continue his corruption or a threat to his power. I disagreed with the policies at times with other Presidents but never was I afraid of them in the sense that I believed that any of them would target me personally for trying to stand up to them. Nor has there ever been a President that has so blatantly and persistently found ways to harass and harm his opponents and also incite his supporters to attack his opponents for him. I always had a conception that a United States President would be a true statesman, someone you could trust and admire, and someone who would protect you. A President was supposed to be a strong, insightful leader, who has moral clarity and carries an air of dignity and fortitude about him. This is the exact opposite of Donald Trump, I see him as a vengeful, angry mob boss, only out for his own self-interest.

Also the most "unusual" aspect of this case is that the individual I'm suing, Donald Trump, as President, has the capability to order the Justice Department to launch an investigation into me or devise a military strike against me. Even the Supreme Court consented that a President, under the cloak of "official" acts, could simply pronounce that I was an enemy of the state and would be able to order a military strike against me and be immune from prosecution or even investigation into the incident. In what other situation would a Plaintiff have to worry about the Defendant having that much power over him? If Donald Trump was worried he could lose the case, he could simply order the Justice Department, which has shown to do his bidding, to bring some kind of concocted or distorted case against me, as he has already done against others, such as James Comey or Leticia James, effectively ending or stalling my case against him. Or he could install a willing sycophantic military person to carry out an assassination against me. I don't believe this would be out to the realm of possibility when you already see such loyalists like Pete Hegseth and other military personnel launching unfounded attacks against Venezuela for unsubstantiated reasons such as

drug trafficking. Obviously nefarious actions in the military are already being taken, why else would Admiral Alvin Holsey recently resign from his position?

Also, by proceeding under a pseudonym it reduces the chance the Trump could use the argument that I'm only bringing the case in order to gain fame or try to get some financial gain by suing the President and then using the story to write and sell a book or something. I have no intention to do this but these are the types of tactics used by Donald Trump to win favor in the court of public opinion and use the fabricated conspiracy to grift his supporters and monetize the situation for himself while winning in the Political arena. In order to beat Donald Trump it is important to try to prevent him from using his tired tactics that he has used successfully in the past, and stay one step ahead of him.

I find the case law Judge Peterson uses as examples and reasoning based on them to be flawed because the circumstances of those cases and types of cases are not similar to mine and, it would appear to me that those cases in fact support my position rather than detract from it, or fall apart completely as a rationale. Let's take *United States v. Stoterau.* In this case it actually lays out that the reason a pseudonym should be "necessary" is to protect one from harassment, injury, ridicule or personal embarrassment in "unusual" cases. This is precisely my circumstance. I want to be protected from harassment and injury from the very unusual situation of having a President of the United States who is a convicted felon and that has a proven track record of inciting violence and violating the US Constitution and Court orders turning his ire on me. Also from what I understand, Stoterau wanted to use a pseudonym and was denied because he didn't want to be known in the wider community for being a sex offender and didn't want to carry the embarrassment of that stigma, which the court found not warranted. That is not my situation here, I'm not looking to avoid stigma from the general community, I'm looking for protection against an individual that is known for his propensity for retaliation and for inciting the cult like followers he has toward violence. So the circumstances of that case really don't have similarity to my case.

Interestingly enough I could find no case where a plaintiff was granted a pseudonym for fear of the defendant. It appears all examples where the pseudonym was granted relate to various sexual crimes or in cases of minors and juveniles. To me, this would appear to be in direct violation of the case law established in *United States v. Stoterau.* It would appear that the reasons the pseudonyms were granted was because of the foreseen harm to the individual but not also because the cases were "unusual" which should be

the second necessary factor to the determination. In fact they all fell neatly into the quite large and common buckets of sex crimes or cases involving minors. And now that over time we find that pseudonyms have nearly always been granted in only those types of cases, all other situations are quickly expelled because they don't comfortably fit the mold. This only gives weight to show how "unusual" it is that I might ask to proceed under a pseudonym when my case does not fit comfortably into these two buckets. Lastly and furthermore *United States v. Stoterau* is a poor choice to use as precedent considering it fundamentally revolves around the word "unusual" as basis to determine whether a ruling should apply. Is not precedent's own oxymoron "unusual"? How can precedent be based on "unusual" circumstances when each situation needs to be weighed based on its own merit? So from my perspective *United States v. Stoterau* only affirms the need to carefully judge the merit of my request, it really does nothing to support the decision to deny the pseudonym in its own right.


Secondly Judge Peterson says I fail to describe how I will be harmed if my legal name is disclosed. Please consider that there are many, many, many people in this country that are either deeply racist themselves or they have been lead to believe the lie that there are millions of illegal aliens migrating to the United States and are slowing taking over the Christian culture and way of life in the United States. Trust me when I say that it is this sentiment that is the driving force of the MAGA movement and the main reason Donald Trump is supported by such a large percentage of the population of the United States. I run into these types of people frequently and even with limited conversation I can get a glimpse of the resentment that they have, totally unfounded in my opinion, about various racial groups and immigrants. To my surprise you will find that these people support whole heartedly the deportation efforts and other various attacks on minority groups within the United States that Donald Trump is executing. Don't kid yourself, although Trump's support has been diminishing, he is still very much admired by a large segment of our citizenry.

In any case, if my case were to be successful, and it were to come to light that I was the one that facilitated the removable of Donald Trump from office, I can only imagine the resentment, vitriol, hatred, and scorn that would be directed toward me. I don't believe that this should be treated lightly. I believe my anonymity should be attempted to be kept for as long as possible. There is little doubt in my mind that much harassment would come my way if certain people in our society learn of my role in Donald Trump's

demise. And that's not considering Donald Trump himself, who is the epitome of a revengeful narcissist, who would very likely try to find whatever ways he could to destroy me.

Lastly I will say that until I am able to make my argument in court, any propensity to make a finding regarding my ability to succeed on the merits of the case should not be considered. This is a case about preserving the foundation of our democratic system of governance and the Constitution itself. The case is both simple and complex. The stakes and subtleties of the case are too high and nuanced to offhandedly discredit the legitimacy of the case prematurely.

Respectfully,

John Doe.

*/s/ John Doe*

I hope now you will grant my request and bring my case as soon as possible,

Thank you.