UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS WILSON, | Case No.  2:25-cv-2086-TLN-JDP (PS) |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| DONALD J. TRUMP, | |
| Defendant. | |

For good cause shown in plaintiff's response to the March 26, 2026 order to show cause, ECF No. 25, plaintiff is granted thirty days from the date of this order to serve defendant. Plaintiff is reminded that properly serve defendant, he must deliver a copy of the summons and complaint to defendant, the United States Attorney's Office for the Eastern District of California, and the Attorney General of the United States in Washington, D.C.  *See* Fed. R. Civ. P. 4(i)(1)-(2).

1

Accordingly, it is hereby ORDERED that:

1. Plaintiff is granted until May 7, 2026, to complete service of process.

2. Plaintiff is warned that failure to serve defendant by that date will result in a recommendation that this action be dismissed without prejudice for failure to effect services of process.

IT IS SO ORDERED.


Dated:     April 9, 2026                    _____
                                            JEREMY D. PETERSON
                                            UNITED STATES MAGISTRATE JUDGE

2