ERIC GRANT
United States Attorney
RACHEL R. DAVIDSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Rachel.Davidson@usdoj.gov

Attorneys for President Donald J. Trump

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS WILSON,<br>Plaintiff,<br>v.<br>DONALD J. TRUMP,<br>Defendant. | No. 2:25-CV-02086-TLN-JDP (PS)<br>**MOTION TO DISMISS COMPLAINT AGAINST PRESIDENT DONALD J. TRUMP**<br>DATE : July 30, 2026<br>TIME : 10:00 a.m.<br>CTRM : 9, 13th floor<br>JUDGE: Hon. Jermey D. Peterson |

## I. MOTION TO DISMISS

Plaintiff alleges that Donald J. Trump is ineligible to be President because he has been elected three times, which violates the Twenty-Second Amendment, and he should be removed from office. ECF No. 1 at 5-6. Plaintiff's complaint should be dismissed because President Trump has only served two elected terms.

Under Rule 12(b)(6), a court may dismiss a complaint or cause of action that fails as a matter of law. *See* Fed. R. Civ. P. 12(b)(6). "Dismissal can be based on the lack of a cognizable legal theory or the absence of sufficient facts alleged under a cognizable legal theory." *Balistreri v. Pacifica Police Dep't*, 901 F.2d 696, 699 (9th Cir. 1990).

The Twenty-Second Amendment states that "[n]o person shall be elected to the office of the President more than twice." U.S. Const. amend. XXII. Trump was elected President in 2016 and 2024. In 2020, Joe Biden was elected President. *See*

https://www.congress.gov/117/crec/2021/01/06/167/4/CREC-2021-01-06-pt1-PgH76-4.pdf. As this Court has already recognized, while Plaintiff alleges that Trump was elected President in 2020, that allegation is untrue, and thus there is no violation of the Twenty-Second Amendment. Plaintiff's Complaint fails to state a legal claim and must be dismissed. *See* ECF No. 4, p. 4.

.

Respectfully submitted,

Dated: June 9, 2026

ERIC GRANT
United States Attorney

By: */s/ Rachel R. Davidson*
RACHEL R. DAVIDSON
Assistant United States Attorney

Attorneys for Defendant
Donald J. Trump