FILED
SEP 14 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

Case 2:25-cv-02086-TLN-JDP

**Objection to ECF 41 "Findings and Recommendations"**

To Your Honor Judge Nunley,

I ask you with all respect to please carefully review my case and deny the Recommendation for Motion to Dismiss by Judge Peterson. It is extremely important that you review the Findings and Recommendations (ECF 41) by Judge Peterson in my case. Here I will outline the various problems and misconceptions, in my view, that are written by Judge Peterson in ECF 41, describe how a "preconceived opinion" of Judge Peterson is affecting my case, explain rule violations by Defendant's Council in ECF 29 and 31 (Motion to Dismiss and Reply), and why it appears to me that Judge Peterson has not fully taken into account the legal arguments that I proposed in my filings. I encourage you to read carefully the filings I submitted in my case so that you can get a full understanding of the context of my arguments and be able to fully understand the importance of the case and why I believe I am correct in my reasoning. I believe the appropriate resolution to the case will be a judgment in my favor, which is to find Donald Trump ineligible to continue in the Presidency under the 22nd Amendment of the Constitution.

Here I will outline eight different reasons why my case should not be dismissed; each examining particular errors or problems I see with the treatment of my case and Defendant's Motion to Dismiss filings (ECF 29 and 31) in my case:

## Reason 1: Admitted preconceived opinion by Judge Peterson and its influence on my case and upon Donald Trump's legal representation and their arguments and filings.

At the beginning of the case I asked the court to grant me a Temporary Restraining Order and Use of a Pseudonym. In his recommendation to deny the Temporary Restraining Order and Pseudonym (ECF 4) Judge Peterson stated on page 4, lines 9 thru 13:

> *"The Twenty-Second Amendment states that "[n]o person shall be elected to the office of the President more than twice." U.S. Const. amend. XXII. Trump was elected President in 2016 and 2024. In 2020, Joe Biden was elected President.* ***While plaintiff alleges that Trump was elected President in 2020, that allegation is patently false and plaintiff's claim that Trump is violating the Twenty-Second Amendment is unlikely to succeed on the merits."***

Then again, now in Judge Peterson's Findings and Recommendations (ECF 41), Judge Peterson again states on Page 1, Lines 25 through 27:

> *"As I previously stated in recommending that plaintiff's motion for a TRO be denied, "Trump was elected President in 2016 and 2024. In 2020, Joe Biden was elected President."*

Because of the nature of my case, these statements reveal an immediate preconceived opinion by Judge Peterson. Although Judge Peterson is no doubt an educated man and obviously has awareness of the events surrounding the Presidential election of 2020, it is not only I who allege Trump was elected President in 2020...it is also Trump himself, the man I brought the lawsuit against, who also claims that he was rightfully elected President in 2020. This is why I provided all the examples of Donald Trump making this statement, or versions of it, in ECF 1, as proof. I, of course, would never have even brought the lawsuit had it not been for Donald Trump making this claim in the first place; and although Judge Peterson holds a very important position as a Federal Magistrate Judge and should be given a due amount of respect regarding his opinions, does his opinion about who won the 2020 election have more credibility for some reason than Donald Trump himself who currently holds the Presidency of the United States and was elected there by the "will of the people" in a democratic vote? Does Judge Peterson have more of a right to say what is true and that his opinion should be more trusted and believed than Donald Trump, the man who currently holds the highest position in the United States Government? I believe not and would expect Judge Peterson to not believe that either, as it is my understanding that a Judge should remain a neutral administrator while presiding over a case, and should not be allowed to bring in his own preconceived opinion on a matter into a case and allow it to influence his reasoning or judgment.

To better illustrate this please imagine the following scenario as a hypothetical example:

Suppose a man named Bill stole my watch. Wanting to get my watch back, I go to the police and the courts and I bring my case before the Judge and the Judge says to me right off the bat, "Bill didn't steal your watch. I know Bill, he's a watch dealer at the mall and he has lots of watches. He just has a watch that looks like yours. And other people have told me it's Bill's "Legal Position" that he didn't steal your watch. So I know he didn't steal your watch."

And I say in reply, "But Your Honor I have video recordings of Bill saying he stole my watch, and I have videos of other people saying he stole my watch. I want my day in court so I can show you and prove to you that Bill stole my watch."

But instead of giving me a chance the Judge says, "No, I know that Bill doesn't steal watches, CASE DISMISSED! Take a hike buddy."

Is this hypothetical much different than my situation? How is this appropriate or fair? Is this how the legal system is supposed to work? It's quite clear to me Judge Peterson has a very strong preconceived opinion about who won the 2020 election and it is getting in the way of me getting a fair shake in my case. And this is not fair to me.

Now, what is further detrimental and egregious to me, is that, in ECF 29 (the Motion to Dismiss by Donald Trump's Defense Council), Defense Council writes on Page 2, lines 1 thru 3, "As **this Court has already recognized**, while Plaintiff alleges that Trump was elected President in 2020, that allegation is untrue, and thus there is no violation of the Twenty-Second Amendment."

**As you can see, the Defense Council for Trump uses the opinion of Judge Peterson to help make the argument against me and my lawsuit!** Is this not an extremely impactful error (to admit his preconceived opinion on the matter) made by Judge Peterson in my case? Is this not evidence that Judge Peterson's preconceived opinion has influenced the course of my lawsuit? No doubt unintentionally, but it has influenced it nonetheless.

So this is the first reason I ask Your Honor to not allow dismissal of my case.

## Reason 2: The Motion to Dismiss and the Reply in Support of Motion to Dismiss (ECF 29 and 31) by Trump's Defense Council is embedded with the "Answer" to my Lawsuit which is not legally allowed.

Defense council cannot legally "Answer" a plaintiff's complaint inside a defense motion. They are supposed to be two entirely different legal filings. This is a violation of Core Federal Rules FRCP 12(b) and FRCP 12(a)(4).

The reason that Defense Council is asking for a "Motion to Dismiss" in ECF 29 is because they assert that Under Rule 12(b)(6), a court may dismiss a complaint or cause of action that fails as a matter of law. Then in order to explain why my lawsuit, in their eyes, fails as a matter of law, Defense Council has to provide an **"Answer"** to my lawsuit, which is that Joe Biden, not Donald Trump was elected President in 2020. But providing an **"Answer"** in the Motion to Dismiss is not allowed under FRCP 12(b) and FRCP 12(a)(4), so the Defense Council's Motion to Dismiss should be **DENIED** and Jeremy Peterson's Recommendation that My Lawsuit be Dismissed (ECF 41) be **DENIED.**

Furthermore, as I will discuss in more depth later in this filing and as I have in previous filings to the Court, it is my opinion that Defense Council for Trump has violated the *McCoy v. Louisiana* (2018) Supreme Court Decision and therefore Donald Trump's 6th Amendment rights to maintain his innocence are being violated. A major blunder, perhaps one of the greatest blunders in the history of lawyering, because asserting that Joe Biden won the 2020 election as Donald Trump's defense "Answer", opens him up to major legal exposure, and not just any old legal exposure, but **Treason** in my opinion.

I am troubled that Judge Peterson, who seems to be very astute at knowing proper legal procedures and supporting case law, did not recognize these mistakes. He was quick to point out my supposed mistakes in ECF 41 and requests to dismiss my lawsuit even ***with prejudice*** (a very harsh sanction) but when Donald Trump's Council makes egregious mistakes he would seem oblivious to them, and doesn't effectuate any action, even when I pointed out the violation of the *McCoy v. Louisiana* decision.

I can sympathize that it is difficult to understand that Donald Trump won the 2020 election, especially for those who, between the years 2020 and 2024, believed that Donald Trump was lying to the public and was just making the claim in a desperate attempt to hold onto or re-gain power. "The Big Lie" as it was called by those who were not loyal to Trump was just that, a lie, unsupported by any evidence. But let me ask you as we sit here today, what is the core reason why Donald Trump was never punished in

any way for promoting what was supposed to be the "Big Lie?" Why is Donald Trump now President? Why did the January 6th Insurrectionists receive pardons and are now free? Why are "Illegal Aliens" being deported? Why are mail-in ballots being threatened? Why all of this? The answer... because enough people voted to put Donald Trump back into the Presidency in 2024 based on a large part because they believed, as Donald Trump had convinced them, that he had won the 2020 election.

Consider specifically the pardoning of the Jan. 6 insurrectionists. Why are they pardoned? What is the justification for their pardons, an act which would seem completely amoral on every level? Because at its core, Donald Trump believes they were acting patriotically ***because*** they were fighting for what is in his mind and the minds of the voters who put him into the Presidency, the truth, that he (Donald Trump) won the 2020 election.

The problem Judge Peterson, or anyone with the preconception that Trump lost the 2020 election, is struggling with is that a politically centered lawsuit cannot be solved by applying a principle of "historical fact," because in questions of politics "facts" in the traditional sense don't exist. Democracy doesn't operate from a foundation of facts and evidence; instead it operates from the ***perceptions*** of what is "true, good, and advantageous" that are chosen by the "will of the people" through a majority vote. It is not facts and evidence that determines what is "true" in politics or in the consequences felt by society by political decisions, instead it is the choices made by "the will of the people." So in order to answer a political question we must look to the decisions made by the "will of the people" to determine if something is "true" or not, not historical "fact" or the presence or lack thereof of some kind of "physical evidence." And this is where the difficulty for people not loyal to Donald Trump or the MAGA movement have in understanding why Donald Trump, in this present moment, won the 2020 election: because they are trying to apply a standard of evidence that would normally apply in scientific situations or in other situations not influenced by the differences in opinion by two or more different people. An "evidentiary" or "historical fact" standard of proof is not the correct test to use in questions of politics, instead we must apply the test of what the "will of the people" say about a situation to determine what is true or not. Is this not why a Jury in the Court system determines the outcome in a case between two parties, not just facts and evidence? Or why nine Supreme Court Justices are needed, not just one, to offer a final opinion on a political issue? Or why just the "facts" themselves surrounding a political situation are **not** what is all needed to render judgement in a Supreme Court case? In the case of Donald Trump and his claim that he won the 2020 election, we need only look to the 2024 election, where, by the "will of the people" they decided that Trump was actually correct in his claim that he had won the 2020 election. By "the will of the people" electing him back to the Presidency in 2024 it proves he won the 2020 election. The fact that Donald Trump is now President is the proof that he won the 2020 election because he was put there by the "will" of the people, who were, by enough of a majority, convinced of **"THE STOLEN ELECTION CLAIM"** in the court of public opinion.

Do you remember in the 2nd Impeachment Trial for Donald Trump that Trump's Lawyer David Schoen based Trump's defense argument around the idea that Trump wasn't being afforded proper "Due Process?" Well Donald Trump got his due process in the court of public opinion and **DONALD TRUMP WON, AND SO DID HIS CLAIM THAT HE WON THE 2020 ELECTION!**

And consider if "facts" and "evidence" only were the standard for making decisions at the highest levels of our Government in the Judicial Branch, then "Precedents of Law" could never be changed. But they do change, because the Jurors who make the decisions are appointed by politicians who are given that ability by the "will of the people." Ultimately, it is the "will of the people" that determines what is true or not in our society, not "facts" and "evidence."

**Reason 3: By embedding the "Answer" into the Motion to Dismiss and Reply (ECF 29 and 31) it put me in an impossible situation to salvage my lawsuit.**

I don't know if the Defense Council for Donald Trump intentionally put the "Answer" in the "Motion to Dismiss" as a sneaky way to undercut my ability to defend my lawsuit but by doing so it really tied and tripped me up. I was left trying to defend myself from the their response by doing what was necessary by law to refute "a pleading" which is filing a motion to strike, but that unfortunately necessitated violating the various codes and procedures applicable to a Motion to Dismiss outlined by Judge Peterson in ECF 41, because the "Answer" or "Pleading" was embedded in a Motion to Dismiss, not a separate filing of the "Answer" or "Pleading." So I was doomed either way, either by doing something or nothing, filing a motion to strike or not. This is a good illustration of why it is not legally appropriate to provide the "Answer" within the "Motion to Dismiss."

So now because Judge Peterson did not recognize the errors of Donald Trump's Defense Council and take appropriate action, I am now on the verge of losing the lawsuit over a Motion to Dismiss riddled with violations of the law and my own supposed procedural errors that never would have happened had the appropriate action been taken by Judge Peterson immediately or soon after when the Defendant's Motion to Dismiss was filed. (I'm letting out a major sigh of exasperation because the deck seems so stacked against me!)

**Reason 4: The basis and theory of my case is not apparently fully comprehended or completely understood by Judge Peterson**

Judge Peterson incorrectly says in ECF 41, Page 1, Line 28, through Page 2, Line 2, "Plaintiff's only argument in opposition is that because defendant has claimed that he "won the 2020 election," then defendant was elected President in 2020." **THIS IS ABSOLUTELY NOT TRUE AND NOT WHAT I WROTE IN MY FILINGS!!** To be honest, to hear the Judge say this is so incredibly frustrating to me you have no idea. I spent countless hours writing and crafting responses in my filings, trying to explain as clearly as possible my arguments. On ECF 1 (Last Paragraph on Page 18 through First Paragraph on Page 19) and also, on ECF 32, I wrote extensively the core theory of my case, that it is not only that Donald Trump says he won the 2020 election, but that the voting public validated his claim through and by his re-election back to the Presidency in 2024. I made it extremely clear in ECF 32, Page 4, that there are TWO specific reasons why I claim and agree with Donald Trump that he won the 2020 election.

Here again is what I wrote in ECF 32, where I clearly enumerated TWO reasons:

1) Because now that Donald Trump won the 2024 election, the PRESIDENT OF THE UNITED STATES asserts that claim and to maintain legitimacy in the Presidency itself and faith in the truth of the words proclaimed by the President he must resign the Presidency inherence to the 22nd Amendment.

2) Because the voting public, by electing Donald Trump in 2024, have chosen to accept, confirm, and legitimize through a democratic process (the 2024 Presidential election) the assertions made by Donald Trump that he won the 2020 election. He therefore must now face the consequence that he, by popular vote in a democracy, is now violating the 22nd Amendment, because he would have been elected President in 2016, 2020, and 2024.

Furthermore, the more I thought about it as I witnessed the executive actions taken by Donald Trump during this Presidency, the more I began to realize that Donald Trump is making executive decisions based **on the principle that he WON the 2020 election** and we as a society are having to live with the consequences of that decision.

I also itemized and noted this idea in ECF 40, top of Page 6, where I itemized my 3rd reason for why Trump is violating the 22nd Amendment.

So while some stomp and stammer their feet and insist Donald Trump lost the 2020 election, at the same time Donald Trump goes along his merry way, making, and many times effectuating policies based on the principle that he won the 2020 election; and because so many people still stubbornly hold onto the belief that Donald Trump LOST the 2020 election, he is able to get away with it. If we would all just agree with Donald Trump and the majority of the citizens who elected Trump back to office, than we could all agree that he was elected three times, and therefore insist on his removal from the Presidency for violating the 22nd Amendment.

So Your Honor I quite clearly spelled out three reasons, not one! And yet Judge Peterson says my sole claim is just based on Donald Trump "claiming he won the 2020 election." This is an important aspect of my case that must be understood and Judge Peterson is partly basing his decision to dismiss the case without a full understanding of the arguments I have presented. **Is it not inappropriate to dismiss a case when the core theory of the case is not yet understood or acknowledged by the Judge?**

And even if I only had one reason and that reason was just "because Trump claims he won the 2020 election, then that proves Trump won," how does Judge Peterson know that what Trump is claiming isn't true? **Trump even has said many times that he has proof that he won.** What leads Judge Peterson to have made up his mind about this issue, long before any discovery or evidence is presented to him about it? This again just goes to show that a major problem with my case, and I hate to say it, is because Judge Peterson has a deeply held and ingrained preconceived opinion about who won the 2020 election and its dramatically effecting the decisions he is making and the course of this lawsuit, and its plainly unfair to me.

....which leads me to the next major reason for why my lawsuit should not be dismissed:

**Reason 5: My due process rights as a Plaintiff are being violated as I have not been heard fully and adequately by the court, especially by the fact that I have not been given the opportunity of presenting an oral argument.**

Judge Peterson cancelled the scheduled oral argument that was slated to take place on July 30, 2026. I was extremely looking forward to explaining my case and to finally, after more than a year, being able to speak with a Judge and better describe my lawsuit, answer or ask any questions, and do my best to present and defend my case. I was very excited with the prospect and even bought a suit, necktie, and shoes, and prepared for this oral argument at length. So to have the rug pulled out from under me was a huge blow and I was distraught for days. I believe Judge Peterson has violated my DUE PROCESS RIGHTS, ESPECIALLY MY DUE PROCESS RIGHT AS A PLAINTIFF TO BE HEARD. And honestly this is what happens when a Plaintiff or a Defendant for that matter is denied his opportunity to explain and make his case to a Judge in person with an Oral Argument: misunderstanding and the inability to make sure the Judge understands the case and the arguments that are being attempted to make. So, I think it is a major defect in this case and therefore the "Recommendation for Dismissal" of my case, I would ask, be denied. I did make this point to Judge Peterson in ECF 37 and yet Judge Peterson still recommends dismissal of my case without allowing for me to make an oral argument which is simply an abuse of the power of the court in my opinion.

**Reason 6: No effort made my Judge Peterson to help answer my questions about the defendant's "Motion to Dismiss" filing.**

In the course of the proceedings of this case, the Defense Council for Donald Trump made a number of assertions that I wanted answers to and I requested to have them in my response filings, but the Defendant's Council neither provided the answers nor did Judge Peterson make any orders demanding the Defense to provide the answers to my questions. Some examples include:

1. I wanted to know what the Defense Council meant by the phrase "ultimately elected." What does that mean? I have never heard that phrase before. What's the difference between a candidate being "elected" to a position, and being "ultimately elected" to a position. It was a strange use of language in my opinion. Personally I think they are wrong, and if they want to use the word "ultimately, then in my mind it is Donald Trump, not Joe Biden, who was "ultimately" elected in 2020, through the "will of the people" choosing in the 2024 election to believe Donald Trump and his version of events surrounding the 2020 election.
2. How much money was raised by the Donald Trump Campaign selling merchandise with the phrase "Trump Won." Defense council asserts that the 2020 election was "undisputed" so why would anybody buy a shirt or a hat or a bumper sticker, etc. with that phrase on it. Anyways I wanted to know so I could provide evidence to show that obviously the 2020 election was

definitely not "undisputed" as the Defense Council asserted.

3. I wanted the Defense Council to provide at least a written statement made by Donald Trump or a video recording of him explicitly saying Joe Biden won the 2020 election. Within the same period of days and weeks where the Defense council was saying it was Donald Trump's "Legal Position" that Joe Biden was the rightful winner of the 2020 election, Donald Trump was still in public making the claim that ***he himself*** was the winner of the 2020 election. So it did not make sense or seem credible to me what the Defense Council was saying in their filings. Yet Judge Peterson never made an order for the Defense Council to provide this statement or video, which in my mind would seem like the totally appropriate and common sense thing to do in order to remedy the apparent contrary remarks of Donald Trump's Council and Donald Trump himself.

**So as you can see, things really got off the rails because of this core problem of the "Answer" being embedded in the "Motion to Dismiss." I needed to get discovery, but perhaps Judge Peterson was not able to help because "The Answer" was cloaked within a "Motion to Dismiss" so it was inappropriate at the time to move into discovery at that stage in the case. So it just became a huge problem in my opinion.**

### Reason 7: There was no seeming acknowledgement of the *McCoy v. Louisiana* (2018) Supreme Court Case in Judge Peterson's Recommendation for Dismissal.

In Judge Peterson's Recommendation for Dismissal he makes no reference, discussion, or acknowledgment of my presentation of the *McCoy v. Louisiana* (2018) Supreme Court Case and how it should, in my opinion, prevent Donald Trump's attorneys or Judge Peterson himself from even attempting to say that Donald Trump LOST the 2020 election as a defense or rebuttal to my lawsuit. Why? Because it violates Donald Trump's 6th amendment rights maintaining his innocence. Rather than trying here again to explain this in-depth, I ask you to please read ECF 35, ECF 37, and ECF 40. This opinion by the Supreme Court, I believe, plays a pivotal role in the ability for me to win my lawsuit. So for Judge Peterson not to acknowledge this is deeply disappointing and again another reason my case should not be dismissed.

### Reason 8: I want to acknowledge and explain my apparent errors in requesting default judgment and request for opportunity to cure and rectify the mistakes.

Although I believe these errors would never have occurred if Defense Council for Donald Trump and Judge Peterson had known and understood the precedent of law opined in the *McCoy vs. Louisiana* decision, I am willing to address them.

Apparently I have made two mistakes by filing a motion to strike and requesting default judgment. First I misunderstood that the Defendant's Motion to Dismiss was not "a pleading" (but it actually was sort of a pleading because the "Answer" was in it, but I guess, yeah, technically it was just a "Motion to

Dismiss). Anyway, the argument that the Defense is using in their "Motion to Dismiss" is not permitted by the *McCoy v. Louisiana* case in my opinion and therefore I was attempting to remove the Defendant's "Motion to Dismiss" hurdle from the progress of my case. I had explained this situation to Judge Peterson in ECF 35 and ECF 37 but never got any acknowledgement of the issue, any explanation of whether I was right or wrong, or any communication about it at all from Judge Peterson posted on the docket for well over a month from the time I brought up the issue, instead just silence. I also made a filing (ECF 39) informing Judge Peterson that I had the intent to file for default judgment and again never received any communication from Judge Peterson on the docket about it or whether it was appropriate or not to submit. Furthermore I never had a chance to make the point at the oral argument, because as I said earlier, it was cancelled by Judge Peterson. So I felt I needed to make sure the issue was completely communicated to Judge Peterson before any decisions, rulings, or orders were made by Judge Peterson as no reason or explanation was ever provided as to why the Defense Council's Motion for Dismissal was submitted without oral argument. Plus I'm just adamantly and zealously trying to represent myself and my lawsuit in the strongest way possible and am extremely angered to watch our Democracy being destroyed seemingly every day by Donald Trump and I have a hard time just patiently waiting while it seems like a new tragedy happens every day under the administration of Donald Trump. Nevertheless, I apologize for this, that being the first error, and would hope that I could be afforded the opportunity to cure or rectify this mistake.

Second, apparently I have also failed to accomplish the first of a two step process for requesting Default Judgment by not "seeking entry of default from the clerk of the court." I want to apologize again and explain that I did not do this on purpose, on the contrary, I tried my hardest to make sure I didn't make any mistakes because I knew the filing is a rather big deal, and still somehow I obviously didn't get it right somehow. Believe me, I tried to contact at least three different attorneys asking for just procedural advice and that I would be more than happy to pay them for an hour of their services. None agreed to meet with me, one telling me that no attorney would likely meet with me because it would or could be a violation of their ethical or legal code for a lawyer to make recommendations to a PRO SE individual, and it could open them up to legal exposure and problems. So again I was left to trying to figure things out for myself, so I went online to Google asking for the correct steps to take. There I found that I needed to ask for a 'meet and confer" appointment with the Defense council, which I did to my best ability try to effectuate. But of course Rachel Davidson declined to "meet and confer" with me in person, on video, or over the phone. So perhaps had she been willing to, I may have learned of the correct procedural steps of my case and these errors could have been avoided. Aside from that I do remember seeing the procedural step of going to or in my mind "seeking entry" with "the clerk of the court," which I thought I did do correctly, as I always file my papers in person on the 4th Floor of the United States Federal Court Building in Sacramento on I street, which is the Clerk's Office. There I spoke with a woman at the window, who I assumed is a "clerk of the court" and I explained to her that I was filing a request for a default judgment and I made it a point that I wanted to follow all the procedures correctly and she did look over the filings and really didn't say much but gave me assurance that the request for default judgment would be posted on the docket. I'm not trying to blame anyone, but I'm saying that I did file the papers at the Office of the Clerk, so I thought I was following that procedural step correctly. Nonetheless I will of course, and without hesitation, rectify and attempt to fix any procedural mistakes I

have made in my case, which, of course, includes this error of not filing "entry" appropriately with "the Clerk of the Court" first. So, I will look more studiously into the issue to determine how to do that correctly if you please afford me the opportunity.

----

All that being said, I absolutely with all humility ask Your Honor Judge Nunley not to dismiss my case, because I believe whole-heartedly in my lawsuit.

Thank you.

With Due Respect,

Nicholas Wilson

P.O Box 640
North San Juan, CA 95960