UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS WILSON,<br>Plaintiff,<br>v.<br>DONALD J. TRUMP,<br>Defendant. | Case No. 2:25-cv-2086-TLN-JDP<br><br>ORDER |

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On September 8, 2026, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 41.) Plaintiff filed objections on September 14, 2026, and they were considered by the Court. (ECF No. 42.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court conducted a *de novo* review of this case. Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The proposed Findings and Recommendations filed September 8, 2026 (ECF No. 41) are ADOPTED;

2. Defendant's motion to dismiss (ECF No. 29) is GRANTED with prejudice;

3. Plaintiff's motion to strike and request for default judgment (ECF No. 40) is DENIED;

4. Plaintiff's motion to amend the objections to the Findings and Recommendations (ECF No. 43) is DENIED as moot;

5. The Clerk of Court is ordered to enter judgment accordingly and close this case.

IT IS SO ORDERED.

DATE: November 23, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE